UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CASE NO. 2:11-cv-08852-CBM (JCx) |
| vs. | ) JUDGMENT [JS-6] |
| $175,982.21 IN U.S. CURRENCY, | ) |
| Defendant | ) |

Consistent with this Court's concurrently filed Findings of Fact and Conclusions of Law, the Court **enters Judgment in favor of Claimant in the amount of $29,427.25**, and the remaining $114,015.75 was properly forfeited by the Plaintiff U.S.A.

**IT IS SO ORDERED.**

DATED: August 14, 2013

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

1